# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert E. Tocheny, Jr. and Dina M. Tocheny <br><br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 15-16727 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Re: Loan # Ending In: 4612

                              Respectfully submitted,

                              **<u>/s/Thomas Puleo, Esquire</u>**
                              Thomas Puleo, Esquire
                              Brian C. Nicholas, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 825-6306  FAX (215) 825-6406