## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert E. Tocheny, Jr. aka Robert Edward Tocheny<br>         Dina M. Tocheny aka Dina Marie Tocheny aka Dina M. Rauktis<br>                        Debtors | CHAPTER 13<br><br>NO. 15-16727 REF |
| Nationstar Mortgage LLC<br>                        Movant<br>        vs. | 11 U.S.C. Section 362 |
| Robert E. Tocheny, Jr. aka Robert Edward Tocheny<br>Dina M. Tocheny aka Dina Marie Tocheny aka Dina M. Rauktis<br>                        Debtors<br><br>Frederick L. Reigle<br>                        Trustee | Hearing Date: June 22, 2017<br>Hearing Time: 9:30 a.m.<br>Courtroom: 1<br>Before the Hon. Richard E. Fehling |

### ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is GRANTED, and Movant's acceptance and execution of the Loan Modification Agreement dated January 20, 2017, and any recordation of the agreement in County land records, do not violate the automatic stay, 11 U.S.C. § 362(a), nor the provisions of 11 U.S.C. § 549.

**Date: June 20, 2017**

_____
United States Bankruptcy Judge

cc: See attached service list