United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert E. Tocheny, Jr.
Dina M. Tocheny
    Debtors

Case No. 15-16727-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith      Page 1 of 1      Date Rcvd: Jun 20, 2017
                  Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
db/jdb     +Robert E. Tocheny, Jr.,    Dina M. Tocheny,    165 2nd Street,    Nazareth, PA 18064-2555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2017 01:30:34
         PRA Receivables Management LLC,    Attn Dolores Garcia VP,    PO Box 41067,
         Norfolk, VA 23541-1067
cr         E-mail/Text: bnc-quantum@quantum3group.com Jun 21 2017 01:23:27
         Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
cr         E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2017 01:16:08      Synchrony Bank,
         c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
         Miami, FL 33131-1605
                                                                                                                                                                                             TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:
         DAVID S. GELLERT    on behalf of Joint Debtor Dina M. Tocheny dsgatn@rcn.com,
          r46641@notify.bestcase.com
         DAVID S. GELLERT    on behalf of Debtor Robert E. Tocheny, Jr. dsgatn@rcn.com,
          r46641@notify.bestcase.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         PHILIP C. WARHOLIC    on behalf of Creditor    DISCOVER BANK PWarholic@jaffeandasher.com
         THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                    TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert E. Tocheny, Jr. aka Robert Edward Tocheny<br>　　　　Dina M. Tocheny aka Dina Marie Tocheny aka Dina M. Rauktis<br>　　　　　　　Debtors | CHAPTER 13<br><br>NO. 15-16727 REF |
| Nationstar Mortgage LLC<br>　　　　　　　Movant<br>　　vs.<br>Robert E. Tocheny, Jr. aka Robert Edward Tocheny<br>Dina M. Tocheny aka Dina Marie Tocheny aka Dina M. Rauktis<br>　　　　　　　Debtors<br>Frederick L. Reigle<br>　　　　　　　Trustee | 11 U.S.C. Section 362<br><br><br><br>Hearing Date: June 22, 2017<br>Hearing Time: 9:30 a.m.<br>Courtroom: 1<br>Before the Hon. Richard E. Fehling |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is GRANTED, and Movant's acceptance and execution of the Loan Modification Agreement dated January 20, 2017, and any recordation of the agreement in County land records, do not violate the automatic stay, 11 U.S.C. § 362(a), nor the provisions of 11 U.S.C. § 549.

**Date: June 20, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list