# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|   Robert E. Tocheny | :    Chapter 13 |
|   Dina M. Tocheny, | :    Bankuptcy No. 15-16727 REF |
| | : |
|         Debtors | : |

## MOTION FOR ORDER CONVERTING CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7

Robert E. Tocheny and Dina M. Tocheny the above Debtors, move for an order converting this case from a case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code, and would show the Court the following:

1. The Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on September 15, 2015.

2. Debtors are eligible to be debtors under Chapter 7 of the Bankruptcy Code and desire to convert this case to a case under Chapter 7 pursuant to § 1307(a).

3. This case was not converted from a case under any chapter of Title 11, United States Code.

WHEREFORE, Debtors pray for an order converting this case from a case under Chapter 13 to a case under chapter 7.

Dated: August 22, 2017                                        s/ Robert E. Tocheny
                                                                                  Robert E. Tocheny

Dated: August 22, 2017                                        s/ Dina M. Tocheny
                                                                                  Dina M. Tocheny

Dated: August 22, 2017                                        s/ David S. Gellert
                                                                                  David S. Gellert, Esquire
                                                                                  Attorney for Debtor
                                                                                  1244 Hamilton Street, Suite 204
                                                                                  Allentown, PA 18102