```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
In re:                                                        Case No. 15-16727-ref
Robert E. Tocheny, Jr.                                        Chapter 7
Dina M. Tocheny
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Keith              Page 1 of 2              Date Rcvd: Aug 23, 2017
                              Form ID: 210U            Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db/jdb        +Robert E. Tocheny, Jr.,   Dina M. Tocheny,   165 2nd Street,   Nazareth, PA 18064-2555
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13599275      +American Neuromonitoring,   10420 Ltl Patuxen Parkway,   No. 250,   Columbia, MD 21044-3533
13599276       Anes Spec. Bethlehem PC,   P.O. Box 64500,   Souderton, PA 18964
13689110       BANK OF AMERICA, N.A.,   P.O. Box 31785,   Tampa, FL 33631-3785
13599277      +Bank of America  Home Loans,   450 American Street,   Simi Valley, CA 93065-6285
13599278      +Barclays Bank Delaware,   P.O. Box 8803,   Wilmington, DE 19899-8803
13599279      +Boscov’s,   P.O. ox 15521,   Wilmington, DE 19850-5521
13610841       CACH, LLC,   P O Box 10587,   Greenville, SC 29603-0587
13599280       Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
13612267       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13679837       Capital One, N.A.,   c o Becket and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
13599281      +Chase Bank,   P.O. Box 15298,   Wilmington, DE 19850-5298
13599282      +CitiCard,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
13602822      +Citizens Bank,   43 Jefferson Boulevard RJW-135,   Warwick, RI 02888-1027
13729160      +David S. Gellert, Esquire,   1244 Hamilton Street,   Allentown, PA 18102-4699
13599284      +FirstStates Financial Services,   P.O. Box 5827,   Reading, PA 19610-5827
13599286       Hyundai Finance,   P.O. Box 650805,   Palestine, TX 75801
13599287      +Keystone Collections,   P.O. Box 499,   Irwin, PA 15642-0499
13843392      +Nationstar Mortgage LLC,   c/o Thomas Puleo, Esq.,   701 Market Street, Ste 5000,
                Philadelphia, PA 19106-1541
13899321       Nationstar Mortgage LLC,   PO Box 619094, Dallas, TX 75261-9741
13599289      +Royal HomeStar LLC,   P.O. Box 9500-7045,   Philadelphia, PA 19195-0001
13632163      +Santander Bank, N.A.,   601 Penn Street,   10-6438-FB7,   Reading, PA 19601-3544
13599290      +Santander Consumer USA,   P.O. Box 961245,   Fort Worth, TX 76161-0244
13599291      +Sears,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
13599292      +St. Lukes Health Network,   801 Ostrum Street,   Bethlehem, PA 18015-1000
13603581      +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                Washington, DC 20410-0002
13599294      +Wells Fargo Bank,   P.O. Box 40039,   Roanoke, VA 24022-5039
13638211       eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Aug 24 2017 01:32:12     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2017 01:32:00
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 24 2017 01:32:18     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2017 01:38:23
                PRA Receivables Management LLC,   Attn Dolores Garcia VP,   PO Box 41067,
                Norfolk, VA 23541-1067
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 01:27:21     Synchrony Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13618835      +E-mail/Text: bncmail@w-legal.com Aug 24 2017 01:32:11     CERASTES, LLC,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13599283       E-mail/Text: mrdiscen@discover.com Aug 24 2017 01:31:45     Discover Card,   P.O. Box 30943,
                Salt Lake City, UT 84130
13603416       E-mail/Text: mrdiscen@discover.com Aug 24 2017 01:31:45     Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13615627      +E-mail/Text: DSLBKYPRO@discover.com Aug 24 2017 01:32:17     Discover Student Loans,
                PO BOX 30925,   Salt Lake City, UT 84130-0925
13599285      +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 01:27:21     Gap/Synchrony Bank,
                P.O. Box 530942,   Atlanta, GA 30353-0942
13630885      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Aug 24 2017 01:32:34
                Hyundai Capital America DBA Hyundai Motor Finance,   PO Box 20809,
                Fountain Valley, CA 92728-0809
13633040       E-mail/Text: bk.notifications@jpmchase.com Aug 24 2017 01:31:54     JPMorgan Chase Bank N.A.,
                National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix , AZ 85038-9505
13599288      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 24 2017 01:31:47     Kohl’s,   P.O. Box  3043,
                Milwaukee, WI 53201-3043
13672710      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2017 01:32:07     Midland Credit Management, Inc.,
                as agent for MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
13623932       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2017 01:38:52
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
```

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Aug 23, 2017
                              Form ID: 210U            Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13726403       E-mail/Text: bnc-quantum@quantum3group.com Aug 24 2017 01:31:55
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13621246       E-mail/PDF: rmscedi@recoverycorp.com Aug 24 2017 01:27:12
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13599293      +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 01:27:01     Synchrony Bank,   P.O. Box 965020,
               Orlando, FL 32896-5020
13686091       E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 01:27:21     Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13619511      +E-mail/Text: bncmail@w-legal.com Aug 24 2017 01:32:11      TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13630886        2012 HYUNDAI TUCSON KM8JT3AB7CU338307
cr*             CACH, LLC,   PO Box 10587,    Greenville, SC   29603-0587
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA   98083-0788
13923321*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Joint Debtor Dina M. Tocheny dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Debtor Robert E. Tocheny, Jr. dsgatn@rcn.com,
               r46641@notify.bestcase.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              PHILIP C. WARHOLIC    on behalf of Creditor    DISCOVER BANK PWarholic@jaffeandasher.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Robert E. Tocheny, Jr. and Dina M. Tocheny                Case No: 15−16727−ref

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 8/23/17

Timothy B. McGrath
Clerk of Court

53
Form 210U