United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-16727-ref
Robert E. Tocheny, Jr.                                             Chapter 7
Dina M. Tocheny
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen          Page 1 of 2          Date Rcvd: Aug 25, 2017
                             Form ID: 309A           Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
```
db/jdb      +Robert E. Tocheny, Jr.,   Dina M. Tocheny,   165 2nd Street,   Nazareth, PA 18064-2555
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13599275    +American Neuromonitoring,   10420 Ltl Patuxen Parkway,   No. 250,   Columbia, MD 21044-3533
13599276     Anes Spec. Bethlehem PC,   P.O. Box 64500,   Souderton, PA 18964
13610841     CACH, LLC,   P O Box 10587,   Greenville, SC 29603-0587
13602822    +Citizens Bank,   43 Jefferson Boulevard RJW-135,   Warwick, RI 02888-1027
13729160    +David S. Gellert, Esquire,   1244 Hamilton Street,   Allentown, PA 18102-4699
13599284    +FirstStates Financial Services,   P.O. Box 5827,   Reading, PA 19610-5827
13599286     Hyundai Finance,   P.O. Box 650805,   Palestine, TX 75801
13599287    +Keystone Collections,   P.O. Box 499,   Irwin, PA 15642-0499
13893321     Nationstar Mortgage LLC,   PO Box 619094, Dallas, TX 75261-9741
13843392    +Nationstar Mortgage LLC,   c/o Thomas Puleo, Esq.,   701 Market Street, Ste 5000,
             Philadelphia, PA 19106-1541
13599289    +Royal HomeStar LLC,   P.O. Box 9500-7045,   Philadelphia, PA 19195-0001
13632163    +Santander Bank, N.A.,   601 Penn Street,   10-6438-FB7,   Reading, PA 19601-3544
13599292    +St. Lukes Health Network,   801 Ostrum Street,   Bethlehem, PA 18015-1000
13603581    +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
             Washington, DC 20410-0002
13972544    +US Department of HUD,   c/o Novad Management Consulting,   2401 N.W. 23rd Street, Suite 1A1,
             Oklahoma City, OK 73107-2448
13599294    +Wells Fargo Bank,   P.O. Box 40039,   Roanoke, VA 24022-5039


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: dsgatn@rcn.com Aug 26 2017 01:41:18    DAVID S. GELLERT,   David S. Gellert PC,
             1244 W. Hamilton Street,   Suite 204,   Allentown, PA  18102
tr          +EDI: QDAEISENBERG.COM Aug 26 2017 01:33:00    DAVID ALAN EISENBERG,
             David A. Eisenberg, Esquire,   4167 Winchester Road,   Allentown, PA 18104-1951
smg         +E-mail/Text: roberts12@dnb.com Aug 26 2017 01:42:08    Dun & Bradstreet, INC,
             3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2017 01:41:54
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 26 2017 01:42:14    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 26 2017 01:41:59    United States Trustee,
             Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13689110     EDI: BANKAMER.COM Aug 26 2017 01:23:00    BANK OF AMERICA, N.A.,   P.O. Box 31785,
             Tampa, FL 33631-3785
13599277    +EDI: BANKAMER.COM Aug 26 2017 01:23:00    Bank of America Home Loans,   450 American Street,
             Simi Valley, CA 93065-6285
13599278    +EDI: TSYS2.COM Aug 26 2017 01:33:00    Barclays Bank Delaware,   P.O. Box 8803,
             Wilmington, DE 19899-8803
13599279    +EDI: HFC.COM Aug 26 2017 01:23:00    Boscov's,   P.O. ox 15521,   Wilmington, DE 19850-5521
13618835    +E-mail/Text: bncmailew-legal.com Aug 26 2017 01:42:07    CERASTES, LLC,
             C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13599280     EDI: CAPITALONE.COM Aug 26 2017 01:33:00    Capital One,   P.O. Box 30285,
             Salt Lake City, UT 84130-0285
13612267     EDI: CAPITALONE.COM Aug 26 2017 01:33:00    Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
13679837     EDI: BL-BECKET.COM Aug 26 2017 01:33:00    Capital One, N.A.,   c o Becket and Lee LLP,
             PO Box 3001,   Malvern, PA 19355-0701
13599281    +EDI: CHASE.COM Aug 26 2017 01:33:00    Chase Bank,   P.O. Box 15298,
             Wilmington, DE 19850-5298
13599282    +EDI: CITICORP.COM Aug 26 2017 01:33:00    CitiCard,   P.O. Box 6241,
             Sioux Falls, SD 57117-6241
13599283     EDI: DISCOVER.COM Aug 26 2017 01:33:00    Discover Card,   P.O. Box 30943,
             Salt Lake City, UT 84130
13603416     EDI: DISCOVER.COM Aug 26 2017 01:33:00    Discover Bank,   Discover Products Inc,
             PO Box 3025,   New Albany, OH  43054-3025
13615627    +EDI: DISCOVERSL.COM Aug 26 2017 01:33:00    Discover Student Loans,   PO BOX 30925,
             Salt Lake City, UT 84130-0925
13615627    +E-mail/Text: DSLBKYPRO@discover.com Aug 26 2017 01:42:14    Discover Student Loans,
             PO BOX 30925,   Salt Lake City, UT 84130-0925
13599285     EDI: RMSC.COM Aug 26 2017 01:33:00    Gap/Synchrony Bank,   P.O. Box 530942,
             Atlanta, GA 30353-0942
13630885    +EDI: HY11.COM Aug 26 2017 01:33:00    Hyundai Capital America DBA Hyundai Motor Finance,
             PO Box 20809,   Fountain Valley, CA 92728-0809
13633040     EDI: CAUT.COM Aug 26 2017 01:33:00    JPMorgan Chase Bank N.A.,
             National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix , AZ 85038-9505
```

```
District/off: 0313-4              User: Cathleen            Page 2 of 2              Date Rcvd: Aug 25, 2017
                                 Form ID: 309A             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13599288      +EDI: CBSKOHLS.COM Aug 26 2017 01:33:00       Kohl's,   P.O. Box  3043,  Milwaukee, WI 53201-3043
13672710      +EDI: MID8.COM Aug 26 2017 01:33:00      Midland Credit Management, Inc.,
               as agent for MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
13623932       EDI: PRA.COM Aug 26 2017 01:33:00      Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk VA 23541
13726403       EDI: Q3G.COM Aug 26 2017 01:33:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
               PO Box 788,   Kirkland, WA 98083-0788
13621246       EDI: RECOVERYCORP.COM Aug 26 2017 01:33:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13599290      +EDI: DRIV.COM Aug 26 2017 01:33:00      Santander Consumer USA,   P.O. Box 961245,
               Fort Worth, TX 76161-0244
13599291      +EDI: SEARS.COM Aug 26 2017 01:33:00      Sears,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
13599293      +EDI: RMSC.COM Aug 26 2017 01:33:00      Synchrony Bank,   P.O. Box 965020,
               Orlando, FL 32896-5020
13686091       EDI: RMSC.COM Aug 26 2017 01:33:00      Synchrony Bank,   c/o Recovery Management Systems Corp,
               25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13619511      +E-mail/Text: bncmail@w-legal.com Aug 26 2017 01:42:07      TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13638211       EDI: ECAST.COM Aug 26 2017 01:33:00      eCAST Settlement Corporation, assignee,
               of Citibank, N.A.,   POB 29262,  New York, NY 10087-9262
                                                                                        TOTAL: 34

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13923321*     ++PORTFOLIO RECOVERY ASSOCIATES, LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
               Norfolk, VA 23541)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
```
             DAVID ALAN EISENBERG    trustee@eisenbergpc.com,  deisenberg@ecf.epiqsystems.com
             DAVID S. GELLERT    on behalf of Joint Debtor Dina M. Tocheny dsgatn@rcn.com,
               r4664l@notify.bestcase.com
             DAVID S. GELLERT    on behalf of Debtor Robert E. Tocheny, Jr. dsgatn@rcn.com,
               r4664l@notify.bestcase.com
             JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
             LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
             MATTEO SAMUEL WEINER    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
             MATTEO SAMUEL WEINER    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
             PHILIP C. WARHOLIC    on behalf of Creditor   DISCOVER BANK PWarholic@jaffeandasher.com
             THOMAS I. PULEO    on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
             United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 10
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Robert E. Tocheny Jr.** | Social Security number or ITIN | **xxx–xx–0365** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Dina M. Tocheny** | Social Security number or ITIN | **xxx–xx–5088** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed in chapter  **13** | **9/17/15** |
| Case number:   **15–16727–ref** | | Date case converted to chapter  **7** | **8/23/17** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15
### **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Robert E. Tocheny Jr. | | Dina M. Tocheny |
| 2. | **All other names used in the last 8 years** | aka Robert Edward Tocheny | | aka Dina Marie Tocheny, aka Dina M. Rauktis |
| 3. | **Address** | 165 2nd Street Nazareth, PA 18064 | | 165 2nd Street Nazareth, PA 18064 |
| 4. | **Debtor's attorney** Name and address | DAVID S. GELLERT David S. Gellert PC 1244 W. Hamilton Street Suite 204 Allentown, PA 18102 | | Contact phone (610) 776–7070 Email:  dsgatn@rcn.com |
| 5. | **Bankruptcy trustee** Name and address | DAVID ALAN EISENBERG David A. Eisenberg, Esquire 4167 Winchester Road Allentown, PA 18104 | | Contact phone (610) 437–1410 Email:  trustee@eisenbergpc.com |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** | 400 Washington Street | Office Hours:  Philadelphia Office |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case or online at www.pacer.gov. | Suite 300 Reading, PA 19601 | –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. |
| | | Contact phone (610)2085040 |
| | | Date: 8/25/17 |

| 7. **Meeting of creditors** | October 4, 2017 at 11:30 AM | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |

| 8. **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 12/3/17** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|