United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert E. Tocheny, Jr.  
Dina M. Tocheny  
    Debtors

Case No. 15-16727-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Dec 07, 2017  
                     Form ID: 211     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.
db/jdb      +Robert E. Tocheny, Jr.,   Dina M. Tocheny,   165 2nd Street,   Nazareth, PA 18064-2555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 08 2017 01:23:32     CACH, LLC,  
    PO Box 10587,   Greenville, SC   29603-0587  
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 08 2017 01:23:50  
    PRA Receivables Management LLC,   Attn Dolores Garcia VP,   PO Box 41067,  
    Norfolk, VA 23541-1067  
cr         E-mail/Text: bnc-quantum@quantum3group.com Dec 08 2017 01:22:29  
    Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA   98083-0788  
cr         E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2017 01:23:40     Synchrony Bank,  
    c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,  
    Miami, FL   33131-1605  
                                                                                 TOTAL: 4

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:
        DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com  
        DAVID S. GELLERT    on behalf of Joint Debtor Dina M. Tocheny dsgatn@rcn.com,  
    r46641@notify.bestcase.com  
        DAVID S. GELLERT    on behalf of Debtor Robert E. Tocheny, Jr. dsgatn@rcn.com,  
    r46641@notify.bestcase.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,  
    bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
    ecf_frpa@trustee13.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        PHILIP C. WARHOLIC    on behalf of Creditor    DISCOVER BANK PWarholic@jaffeandasher.com  
        THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,  
    bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                 TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                                   Chapter: 7

    Robert E. Tocheny, Jr. and Dina M. Tocheny

Debtor(s)                                                                                      Case No: 15–16727–ref

___

### *ORDER*

AND NOW, 12/7/17 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 12/21/17 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

 

For The Court

Richard E. Fehling

Judge ,United States Bankruptcy Court