*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 7

Robert E. Tocheny, Jr. and Dina M. Tocheny                            : Case No. 15–16727–ref
    Debtor(s)

### ORDER
_____

AND NOW, this day , January 18, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                By The Court

                                                Richard E. Fehling
                                                Judge , United States Bankruptcy Court