United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-16727-ref
Robert E. Tocheny, Jr.                                          Chapter 7
Dina M. Tocheny
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith          Page 1 of 2          Date Rcvd: Jan 18, 2018
                              Form ID: 318         Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
```
db/jdb         +Robert E. Tocheny, Jr.,    Dina M. Tocheny,    165 2nd Street,    Nazareth, PA 18064-2555
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13599275       +American Neuromonitoring,    10420 Ltl Patuxen Parkway,    No. 250,    Columbia, MD 21044-3533
13599276        Anes Spec. Bethlehem PC,    P.O. Box 64500,    Souderton, PA 18964
13602822       +Citizens Bank,    43 Jefferson Boulevard RJW-135,    Warwick, RI 02888-1027
13729160       +David S. Gellert, Esquire,    1244 Hamilton Street,    Allentown, PA 18102-4699
13599284       +FirstStates Financial Services,    P.O. Box 5827,    Reading, PA 19610-5827
13599286        Hyundai Finance,    P.O. Box 650805,    Palestine, TX 75801
13599287       +Keystone Collections,    P.O. Box 499,    Irwin, PA 15642-0499
13899321        Nationstar Mortgage LLC,    PO Box 619094, Dallas, TX 75261-9741
13843392       +Nationstar Mortgage LLC,    c/o Thomas Puleo, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13599289       +Royal HomeStar LLC,    P.O. Box 9500-7045,    Philadelphia, PA 19195-0001
13632163       +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
13599292       +St. Lukes Health Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
13603581       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13972544       +US Department of HUD,    c/o Novad Management Consulting,    2401 N.W. 23rd Street, Suite 1A1,
                 Oklahoma City, OK 73107-2448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QDAEISENBERG.COM Jan 19 2018 01:43:00      DAVID ALAN EISENBERG,
                 David A. Eisenberg, Esquire,    4167 Winchester Road,    Allentown, PA 18104-1951
smg            +E-mail/Text: roberts12@dnb.com Jan 19 2018 01:48:56      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 19 2018 01:48:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 19 2018 01:48:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13689110        EDI: BANKAMER.COM Jan 19 2018 01:43:00      BANK OF AMERICA, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
13599277       +EDI: BANKAMER.COM Jan 19 2018 01:43:00      Bank of America Home Loans,    450 American Street,
                 Simi Valley, CA 93065-6285
13599278       +EDI: TSYS2.COM Jan 19 2018 01:43:00      Barclays Bank Delaware,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
13599279       +EDI: HFC.COM Jan 19 2018 01:43:00      Boscov's,    P.O. ox 15521,    Wilmington, DE 19850-5521
13610841        EDI: RESURGENT.COM Jan 19 2018 01:43:00      CACH, LLC,    P O Box 10587,
                 Greenville, SC 29603-0587
13618835       +E-mail/Text: bncmail@w-legal.com Jan 19 2018 01:48:56      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13599280        EDI: CAPITALONE.COM Jan 19 2018 01:43:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
13612267        EDI: CAPITALONE.COM Jan 19 2018 01:43:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
13679837        EDI: BL-BECKET.COM Jan 19 2018 01:43:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 PO Box 3001,    Malvern, PA 19355-0701
13599281       +EDI: CHASE.COM Jan 19 2018 01:43:00      Chase Bank,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
13599282       +EDI: CITICORP.COM Jan 19 2018 01:43:00      CitiCard,    P.O. Box 6241,
                 Sioux Falls, SD 57117-6241
13599283        EDI: DISCOVER.COM Jan 19 2018 01:43:00      Discover Card,    P.O. Box 30943,
                 Salt Lake City, UT 84130
13603416        EDI: DISCOVER.COM Jan 19 2018 01:43:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
13615627       +EDI: DISCOVERSL.COM Jan 19 2018 01:43:00      Discover Student Loans,    PO BOX 30925,
                 Salt Lake City, UT 84130-0925
13615627       +E-mail/Text: DSLBKYPRO@discover.com Jan 19 2018 01:48:59      Discover Student Loans,
                 PO BOX 30925,    Salt Lake City, UT 84130-0925
13599285       +EDI: RMSC.COM Jan 19 2018 01:43:00      Gap/Synchrony Bank,    P.O. Box 530942,
                 Atlanta, GA 30353-0942
13630885       +EDI: HY11.COM Jan 19 2018 01:43:00      Hyundai Capital America DBA Hyundai Motor Finance,
                 PO Box 20809,    Fountain Valley, CA 92728-0809
13633040        EDI: CAUT.COM Jan 19 2018 01:43:00      JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13599288       +EDI: CBSKOHLS.COM Jan 19 2018 01:43:00      Kohl's,    P.O. Box  3043,    Milwaukee, WI 53201-3043
13672710       +EDI: MID8.COM Jan 19 2018 01:43:00      Midland Credit Management, Inc.,
                 as agent for MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
```

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Jan 18, 2018
                              Form ID: 318             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13623932       EDI: PRA.COM Jan 19 2018 01:43:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
13726403       EDI: Q3G.COM Jan 19 2018 01:43:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
13621246       EDI: RECOVERYCORP.COM Jan 19 2018 01:43:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13599290      +EDI: DRIV.COM Jan 19 2018 01:43:00      Santander Consumer USA,   P.O. Box 961245,
                 Fort Worth, TX 76161-0244
13599291      +EDI: SEARS.COM Jan 19 2018 01:43:00      Sears,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
13599293      +EDI: RMSC.COM Jan 19 2018 01:43:00      Synchrony Bank,   P.O. Box 965020,
                 Orlando, FL 32896-5020
13686091       EDI: RMSC.COM Jan 19 2018 01:43:00      Synchrony Bank,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13619511      +E-mail/Text: bncmail@w-legal.com Jan 19 2018 01:48:56      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13599294      +EDI: WFFC.COM Jan 19 2018 01:43:00      Wells Fargo Bank,   P.O. Box 40039,
                 Roanoke, VA 24022-5039
13638211       EDI: ECAST.COM Jan 19 2018 01:43:00      eCAST Settlement Corporation, assignee,
                 of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                                                TOTAL: 34

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13923321*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541)
                                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:

```
          DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
          DAVID S. GELLERT    on behalf of Joint Debtor Dina M. Tocheny dsgatn@rcn.com,
           r46641@notify.bestcase.com
          DAVID S. GELLERT    on behalf of Debtor Robert E. Tocheny, Jr. dsgatn@rcn.com,
           r46641@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          PHILIP C. WARHOLIC    on behalf of Creditor    DISCOVER BANK PWarholic@jaffeandasher.com
          THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Robert E. Tocheny Jr.** | Social Security number or ITIN | **xxx–xx–0365** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Dina M. Tocheny** | Social Security number or ITIN | **xxx–xx–5088** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | | |
| Case number:   **15–16727–ref** | | | |

## Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert E. Tocheny Jr.  
aka Robert Edward Tocheny

Dina M. Tocheny  
aka Dina Marie Tocheny, aka Dina M. Rauktis

1/18/18

**By the court:**   Richard E. Fehling  
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                       **Order of Discharge**                       page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**